AO 93C (Rev. 8/18) Warrant by Telephone of Other Reliable Electronic Means (Page 2)

## Return

| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
|---|---|---|
| 2:26-mj-03587 | 6/16/2026 1721 hours | Aiden Lister |

Inventory made in the presence of :
Aiden Lister

Inventory of the property taken and name of any person(s) seized:

One Apple iPhone 17 Pro, Orange in Color in a Blue Phone Case (model Number MG8QUX1A) and Serial number: HGPW7PPVLW; IMEI 35 034689 6[illegible]5820 7; IMEI 2 35 034689 7014885)

one Apple Laptop Computer Blue in Color.

Search of the iPhone 17 was Completed yielding text messages and WhatsApp messages Concerning Alden Listers Coordination with U.S Persons to ~~transportation~~ Purchase and receive Controlled Substances in Australia

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 8/31/2026

[signature]
*Executing officer's signature*

Cameron Newell Special Agent
*Printed name and title*